```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
ORIGINAL

- - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

       -v-

AARON CALLOCK,
ARTHUR LOWE,
 a/k/a "Mark,"
DANE CLARKE,
 a/k/a "Hawk,"
JENNY SUE LEASURE,
TAMERIA MCKENNEY,
BETTY CRAVEN,
ROBERTA BRASSEUR,
JOSEPH HARTLINE,
 a/k/a "Mike,"
CHRISTIN VANCAMP,
JULIE GILLMAN, and
KELLIE KIRKBRIDE,

       Defendants.

<u>ORDER</u>
07 Cr. 500

- - - - - - - - - - - - - - - - - - - - X

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Jenna M. Dabbs;

      It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 11 2007

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       June 11, 2007

_____
UNITED STATE MAGISTRATE JUDGE
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

AARON CALLOCK, ARTHUR LOWE, a/k/a "Mark,"
CANE CLARKE, a/k/a "Hawk," JENNY SUE
LEASURE, TAMERIA MCKENNEY, BETTY
CRAVEN, ROBERTA BRASSEUR, JOSEPH
HARTLINE, a/k/a "Mike," CHRISTIN VANCAMP,
JULIE GILLMAN, and KELLIE KIRKBRIDE,

Defendants.

## ORDER

07 Cr. 500

MICHAEL J. GARCIA<br>United States Attorney.