**MEMO ENDORSED**

# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

CHARLENE RAMOS
OFFICE MANAGER

*NY AND CALIF. BARS

THE UNDERWOOD BUILDING
30 VESEY STREET, SUITE 100

NEW YORK, N.Y. 10007

(212) 608-0808

TELECOPIER (212) 962-9696

E-MAIL: FNGLAW@AOL.COM

August 23, 2007

Hon. Thomas P. Griesa
United States District Judge
U.S. Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/07
```

Re: **United States v. Roberta Brasseur**
07 CR 500 (TPG)

Dear Judge Griesa:

This matter is scheduled for a status conference on September 5, 2007. My client, who lives in Ohio, has limited financial resources and has two young children whom she takes care of. It would be an extreme hardship to travel to New York for this conference and we therefore request that her presence be excused on that date. I have spoken to AUSA Jenna M. Dabbs who consents to my request to have Ms. Brasseur excused.

Respectfully submitted,

Lee Ginsberg

cc: Jenna M. Dabbs (AUSA)

*Approved.*
*Thomas P. Griesa*
*USDJ 8/28/07*



RECEIVED
AUG 28 2007
CHAMBERS OF
JUDGE GRIESA