# FREEMAN, NOOTER & GINSBERG
## ——————————ATTORNEYS AT LAW——————————

**LOUIS M. FREEMAN**
**THOMAS H. NOOTER***
**LEE A. GINSBERG**

**CHARLENE RAMOS**
**OFFICE MANAGER**
*****NY AND CALIF. BARS**

**THE UNDERWOOD BUILDING**
**30 VESEY STREET, SUITE 100**
**NEW YORK, N.Y. 10007**
**(212) 608-0808**
**TELECOPIER (212) 962-9696**
**E-MAIL: FNGLAW@AOL.COM**

November 1, 2007



Honorable Thomas P. Griesa
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

### Re: <u>United States v. Roberta Brasseur</u>
### 07 CR 500 (TPG)

Dear Judge Griesa:

The above listed matter is scheduled for a status conference on November 13, 2007. My client was excused from appearing on the last court date and I respectfully request that she be excused for November 13, 2007, as well. Ms. Brasseur lives in Ohio and takes care of her two young children. It is difficult for her to come to New York for that reason and because of her financial situation. To my knowledge she has been in compliance with all of her bail conditions.

Therefore, I respectfully request that Ms. Brasseur be excused from appearing on November 13, 2007.

Respectfully,

Lee Ginsberg

Approved,
Thomas P. Griesa
11/9/07

LG/er

cc: Jenna Dabbs, Esq. (AUSA)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/07