# MEMO ENDORSED

## FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

CHARLENE RAMOS
OFFICE MANAGER

*NY AND CALIF. BARS

THE UNDERWOOD BUILDING
30 VESEY STREET, SUITE 100
NEW YORK, N.Y. 10007
(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM

August 7, 2008

Honorable Thomas P. Griesa
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007



Re: **United States v. Roberta Brasseur**
    **07 CR 500 (TPG)**

Dear Judge Griesa:

    The above listed matter is scheduled for a status conference on August 12, 2008. My client was excused from appearing on the last court date and I respectfully request that she be excused for the next court date, as well. Ms. Brasseur lives in Ohio and takes care of her two young children. It is difficult for her to come to New York for that reason and because of her financial situation. To my knowledge she has been in compliance with all of her bail conditions.

    Therefore, I respectfully request that Ms. Brasseur be excused from appearing on August 12, 2008.

Respectfully,

Lee Ginsberg

*Approved.*
*Thomas P. Griesa*
*USDJ 8/11/08*

LG/er

cc: Jenna Dabbs, Esq AUSA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08