```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA

        -v-

ROBERTA BRASSEUR

        Defendant
------------------------------------------------------X

ORDER

07 Cr. 500

WHEREAS this Court has determined that defendant ROBERTA BRASSEUR, a resident of Ohio is financially unable to afford the expenses for transportation to this Court, it is hereby

ORDERED, pursuant to 18 U.S.C. §4285, that the United States Marshal shall arrange for ROBERTA BRASSEUR'S appearance in court by means of non-custodial transportation or furnish the fare for such transportation and in addition shall furnish ROBERTA BRASSEUR with an amount of money for subsistence expenses to her destination, not to exceed the amount authorized as a per diem for travel under 5 U. S. C. §5702(a).

SO ORDERED:

Dated: September 10, 2008
      New York, New York

THOMAS P. GRIESA, U.S.D.J.